**Opinion issued September 28, 2017**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-17-00624-CR**

**NO. 01-17-00625-CR**

————————————

**IN RE ARTHUR DAVID LOWE, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Arthur David Lowe, has filed a petition for a writ of mandamus seeking to compel the respondent district judge to rule on his pro se "Motion for Judgment Nunc Pro Tunc" filed in his two underlying criminal proceedings.[1]

---

[1]     The underlying cases are *The State of Texas v. Arthur David Lowe*, Cause Nos. 659154 & 659156, in the 339th District Court, Harris County, Texas, the Honorable Maria T. Jackson presiding.

Relator's petition states that the respondent already granted his motion in 2014, but he seeks to compel respondent to orally pronounce re-sentence in his presence.

We deny the petition for a writ of mandamus.[2]  *See* TEX. R. APP. P. 52.8(a), (d).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Brown.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

[2]  This Court previously dismissed for want of jurisdiction relator's pro se mandamus petition challenging the same *nunc pro tunc* judgments.  *See In re Arthur David Lowe*, Nos. 01-16-00208-CR & 01-16-00209-CR, 2016 WL 3220437, at *1 (Tex. App.—Houston [1st Dist.] June 9, 2016, orig. proceeding) (per curiam) (mem. op., not designated for publication).  Relator previously raised the same claim in this petition in a pro se motion for leave to file a writ of mandamus, which the Court of Criminal Appeals denied without a written order.  *See In re Arthur David Lowe*, WR-25,679-31 (Tex. Crim. App. May 3, 2017).